UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RELATED CASE ORDER

A Motion for Administrative Relief to Consider Whether Cases Should be Related or a *Sua Sponte* Judicial Referral for Purpose of Determining Relationship (Civil L.R. 3-12) has been filed. The time for filing an opposition or statement of support has passed. As the judge assigned to the earliest filed case below that bears my initials, I find that the more recently filed case(s) that I have initialed below are related to the case assigned to me, and such case(s) shall be reassigned to me. Any cases listed below that are not related to the case assigned to me are referred to the judge assigned to the next-earliest filed case for a related case determination.

**C 11-01299 PJH**      Innovative Automation LLC v. Microtech Systems, Inc.

**C 11-03409 HRL**      Innovative Automation, LLC v. Primera Technology, Inc

       I find that the above case is NOT related to the case assigned to me. PJH

**C 11-03410 HRL**      Innovative Automation LLC v. Mediaytechnics Systems, Inc et al

       I find that the above case is NOT related to the case assigned to me. PJH

**C 11-03411 MEJ**      Innovative Automation LLC v. DisCopyLabs

       I find that the above case is NOT related to the case assigned to me. PJH

**C 11-03412 LHK**      Innovative Automation LLC v. Acutrack Inc

       I find that the above case is NOT related to the case assigned to me. PJH

**C 11-03413 JCS**      Innovative Automation LLC v. All Pro Solutions, Inc.

       I find that the above case is NOT related to the case assigned to me. PJH

CLERK'S NOTICE

The court has reviewed the motion and determined that no cases are related and no reassignments shall occur.

Richard W. Wieking, Clerk

DATED: July 27, 2011                                      By: _____
                                                                         **Deputy Clerk**